UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MONTE HOISINGTON, *et al.*,

    Plaintiffs,

  v.

HENRY RICHARDS, et al.,

    Defendants.

CASE NO.  C05-5281RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

    This matter is before the Court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [Dkt. #10]. The Report recommended the denial of Plaintiffs' in forma pauperis applications. It also recommended that the plaintiffs file separate actions based on their separate claims. The Court has reviewed the Report and the Plaintiffs objections to it, and rules as follows:

  (1)    The Court ADOPTS the Report and Recommendation's denial of in forma pauperis status for both Plaintiff Hoisington and Plaintiff Higgins (and the plaintiffs do not oppose this aspect of the Report);

  (2)    The individual Plaintiffs shall have 30 days from the date of this Order to file independent amended complaints (with individual cause numbers) and to pay the required filing fee for each case;

  (3)    Absent compliance with this order, the complaint will be dismissed without prejudice, without further notice.

//

/

ORDER
Page - 1

(4)     The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 22nd day of September, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2